CHARLES P. DENNIS, DEFENDANT IN ERROR, v. THE NORTH JERSEY STREET RAILWAY COMPANY, PLAINTIFF IN ERROR.

Submitted July 9, 1900—Decided November 19, 1900.

On error to the Supreme Court. For opinion of the Supreme court, see 35 *Vroom* 434.

For the plaintiff in error, *Joseph Coult.*

For the defendant in error, *McCarter, Williamson & McCarter.*

PER CURIAM.

The judgment in this case is affirmed, for the reasons given by the Supreme Court in the opinion of Mr. Justice Lippincott.

*For affirmance*—DIXON, GARRISON, COLLINS, FORT, BOGERT, HENDRICKSON, ADAMS, VREDENBURGH, VOORHEES.    9.

*For reversal*—None.